AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:22-mj-00108 |
| BRADLEY JAMES BOKOSKI, (DOB: XXXXXXXXX) | ) | Assigned to: Judge Meriweather, Robin M. |
| MATTHEW BOKOSKI, (DOB: XXXXXXXX) | ) | Assign Date: 5/16/2022 |
| | ) | Description: COMPLAINT W/ ARREST WARRANT |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the _____ in the District of ___Columbia___, the defendant(s) violated:

Code Section                                                    Offense Description

18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct on Capitol Grounds
40 U.S.C. § 5104(e)(2)(G) - Parade, Demonstrate, or Picket in any of the Capitol Buildings

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Brian W. Kimball*
Complainant's signature

Brian W. Kimball, Special Agent
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 05/16/2022

Judge's signature

City and state: Washington, D.C.          Robin M. Meriweather, U.S. Magistrate Judge
Printed name and title