UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America )<br>)<br>v. )<br>)<br>Matthew Bokoski, *defendant.* ) | USDC No. 22-cr-207-02 (CRC) |

ORDER

Upon good cause shown in Defendant's Unopposed Motion to Modify Condition of Release, the lack of opposition from the United States, and on other evidence before the Court in the record of the case, it is hereby

ORDERED, this ____ day of _____, 2022, that, modifying ¶7(t) of the defendant's Order Setting Conditions of Release," (Doc. 17), the defendant shall be required to notify in advance the Pretrial Services Agency officer in the Northern District of Illinois of travel plans outside of the Northern District of Illinois, all other conditions pertaining to travel to remain in effect.

_____
Hon. Christopher R. Cooper, District Judge
United States District Court for the District of Columbia

Cc: Nathan I. Silver, Esq.
    6300 Orchid Drive
    Bethesda, MD 20817-5614
    By ECF

    Jason M. Crawford, Esq.
    U.S. Dept. of Justice (CIV)
    175 N Street, N.E.
    Washington, D.C. 20002
    By ECF