# Exhibit 1

# Exhibit

One of the Facebook comments indicates that MATTHEW BOKOSKI was inside the Capitol Building with his father. The comment reads: "I was with my dad and walked right up the capital steps and inside with others." A screenshot of the comment is below in Figure 2.



Figure 2

On January 14, 2021, law enforcement officers interviewed MATTHEW BOKOSKI in person in Chicago, Illinois. MATTHEW BOKOSKI admitted that on January 6, 2021, he and his father walked around the U.S. Capitol grounds and entered the U.S. Capitol Building. He further stated that he took photos and video during his January 6, 2021 entry and presence in the U.S. Capitol Building. He confirmed that the "Matthew Ryan Bokoski" Facebook account belongs to him and that he had posted photos and comments to this account on January 6, 2021. He told the interviewing agents that the January 6, 2021 rally was effective because the participants were able to "shut down" the government.

Following his interview, MATTHEW BOKOSKI voluntarily provided law enforcement with photos that he had taken on January 6, 2021 including photos that appear to have been taken from inside the restricted area. Within these photos, police barriers and the West Front Inaugural Platform can be observed.

3