# Exhibit 2

From: traceybokoski@gmail.com,
To: nisquire@aol.com,
Subject: Character Reference for Matthew Bokoski
Date: Mon, Dec 26, 2022 6:41 pm

Tracey L Bokoski
Mother

Dear Judge Cooper,

My name is Tracey Lynne Bokoski. I am the mother of Matthew Bokoski. Before he was born his father Brad who is also a co defendant in this case and I discussed how we wanted him to be raised with good ethics and moral character. So I converted to catholicism for them. Our Catholic faith and family values has been the cornerstone of his upbringing. He attended Catholic school from kindergarten through high school. Growing up he was involved in Boy Scouts, sports and various charity events. He has had the opportunity to travel to many places over the years and has been able to see how others live and their circumstances. These experiences have made him well rounded and compassionate to others from a very young age.

He has always had a very strong work ethic. He has worked since he was 16 years old. He even purchased his own home. Over the years he has mentored several young men and women. They look up to and respect him for his guidance and judgement.

He is very compassionate and caring for our senior neighbors. He has helped them with fixing things, shopping, cleaning gutters and even traveling sometimes almost 2hrs via public transportation to make sure their stairs and walkways are free of snow and ice to keep them safe.

Because it was the right and moral thing to do, he has cooperated with the FBI since that day providing them with all the photos he took to assist in any way he could. He has never been arrested or committed any crimes. Matthew has agreed to the guilty plea and that was the right thing to do. He is a decent, reliable and trustworthy person. Please be merciful to him. If you need to contact me for whatever reason, please feel free to call or email at the above information.

Thank you for reading this.

Sincerely,

Tracey L Bokoski