UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America | ) |
| | ) |
| v. | )   USDC No. 21-cr-207-02 (CRC) |
| | ) |
| Matthew Bokoski,,        *defendant*. | ) |

UNOPPOSED MOTION FOR PERMISSION
TO APPEAR REMOTELY

Undersigned counsel Nathan I. Silver, II, Esq. ("counsel"), appointed by this Court under the Criminal Justice Act, respectfully moves the Court to permit him to appear remotely by videoteleconference (VTC) at the defendant's in-person sentencing hearing, set for April 4, 2023 at 3 o'clock p.m..

Counsel is scheduled for hip replacement surgery on May 3, 2023. He is experiencing severe pain and discomfort. Walking is difficult and aggravates the pain further. Medicines to relieve the pain have not been effective. Appearing in-person for the hearing with this condition will be very difficult for counsel.

Counsel has asked the defendant if he objects to counsel's request to appear by VTC. He does not. Counsel has advised the government of his plan to seek permission to appear by VTC. The government does not object.

A proposed Order is attached.

WHEREFORE, the defendant respectfully moves the Court to grant said relief.

This pleading is,

Respectfully submitted,

/s/

NATHAN I. SILVER, II
Unified Bar #944314
6300 Orchid Drive
Bethesda, MD 20817
(301) 229-0189 (direct)
(301) 229-3625 (fax)
email: nisquire@aol.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing pleading has been served via ECF on Lynnett Wagner, Esq., USDOJ-USAO (Omaha, NE), attorney of record for the United States, this 30th day of March, 2023.

/s/
_____
*Nathan I. Silver, II*